441 A.2d 458

Commonwealth v. Beatty, Appellant.

Petition for Allowance of Appeal Denied March 31, 1982.

Submitted January 6, 1981.

Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and HOFFMAN, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.